**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 16-27628 |
| | § | |
| CYNTHIA MARIE BENNETT | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | Assets Exempt: | $6,500.00 |
| Total Distributions to Claimants: | $4,665.55 | Claims Discharged Without Payment: | $32,023.42 |
| Total Expenses of Administration: | $2,360.69 | | |

3)  Total gross receipts of $7,566.50 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $540.26 (see **Exhibit 2**), yielded net receipts of $7,026.24 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $2,360.69 | $2,360.69 | $2,360.69 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $13,889.91 | $43,677.69 | $22,799.06 | $4,665.55 |
| **Total Disbursements** | $13,889.91 | $46,038.38 | $25,159.75 | $7,026.24 |

    4). This case was originally filed under chapter 7 on 08/29/2016. The case was pending for 21 months.

    5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/17/2018          By:  /s/ David P. Leibowitz
                                                        Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Checking Account with US Bank | 1129-000 | $5,977.50 |
| 2016 Tax Refund | 1224-000 | $1,589.00 |
| **TOTAL GROSS RECEIPTS** | | **$7,566.50** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| CYNTHIA BENNETT | Funds to Third Parties | 8500-002 | $540.26 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$540.26** |

### EXHIBIT 3 – SECURED CLAIMS
NONE

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,452.62 | $1,452.62 | $1,452.62 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $12.82 | $12.82 | $12.82 |
| Green Bank | 2600-000 | NA | $27.57 | $27.57 | $27.57 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $865.00 | $865.00 | $865.00 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $2.68 | $2.68 | $2.68 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$2,360.69** | **$2,360.69** | **$2,360.69** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

UST Form 101-7-TDR (10/1/2010)

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | U.S. Bank National Association | 7100-900 | $0.00 | $1,920.43 | $1,920.43 | $1,920.43 |
| 2 | Capital One Bank (USA), N.A. by American InfoSourc | 7200-000 | $0.00 | $5,880.78 | $0.00 | $0.00 |
| 2a | Capital One Bank (USA), N.A. by American InfoSourc | 7200-000 | $0.00 | $3,743.26 | $0.00 | $0.00 |
| 3 | Capital One Bank (USA), N.A. by American InfoSourc | 7200-000 | $0.00 | $6,992.97 | $0.00 | $0.00 |
| 3a | Capital One Bank (USA), N.A. by American InfoSourc | 7200-000 | $0.00 | $4,261.62 | $0.00 | $0.00 |
| 4 | Capital One Bank (USA), N.A., by American InfoSource LP as agent | 7200-000 | $0.00 | $9,624.04 | $9,624.04 | $1,265.37 |
| 5 | Capital One Bank (USA), N.A. by American InfoSource LP as agent | 7200-000 | $0.00 | $11,254.59 | $11,254.59 | $1,479.75 |
|  | Chicago Sports Orthopedics | 7100-000 | $11,271.38 | $0.00 | $0.00 | $0.00 |
|  | HSBC | 7100-000 | $1.00 | $0.00 | $0.00 | $0.00 |
|  | US Bank | 7100-000 | $697.53 | $0.00 | $0.00 | $0.00 |
|  | US Bank | 7100-000 | $1,920.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $13,889.91 | $43,677.69 | $22,799.06 | $4,665.55 |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1    Exhibit 8

| Case No.: | 16-27628 | Trustee Name: | David Leibowitz |
| Case Name: | BENNETT, CYNTHIA MARIE | Date Filed (f) or Converted (c): | 08/29/2016 (f) |
| For the Period Ending: | 5/17/2018 | §341(a) Meeting Date: | 09/22/2016 |
| | | Claims Bar Date: | 01/25/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Used personal household furniture and goods/items | $3,000.00 | $0.00 | | $0.00 | FA |
| 2  Used personal clothing and accessories | $500.00 | $0.00 | | $0.00 | FA |
| 3  Cash on hand | $22.00 | $0.00 | | $0.00 | FA |
| 4  Checking Account with US Bank | $6,955.50 | $5,997.00 | | $5,977.50 | FA |
| **Asset Notes:** Updated amounts for account balance and exemption per amended schedules filed 10/28/16 (dkt 23) | | | | | |
| 5  401(k) Through Employer | $2,000.00 | $0.00 | | $0.00 | FA |
| 6  2016 Tax Refund  (u) | $0.00 | $1,048.74 | | $1,589.00 | FA |
| **Asset Notes:** Debtor's Pro-Rated Portion: $540.26 | | | | | |

**TOTALS (Excluding unknown value)**                                                                 **Gross Value of Remaining Assets**
                          $12,477.50          $7,045.74                    $7,566.50                   $0.00

| Initial Projected Date Of Final Report (TFR): | 10/09/2017 | Current Projected Date Of Final Report (TFR): | /s/ DAVID LEIBOWITZ |
| | | | DAVID LEIBOWITZ |

FORM 2

Page No: 1         Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-27628 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | BENNETT, CYNTHIA MARIE | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1181 | | Checking Acct #: | ******2801 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Bennett, Cynthia |
| For Period Beginning: | 8/29/2016 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/17/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/30/2016 | (4) | BENNETT, CYNTHIA MARIE | Payment for non-exempt funds in Debtor's bank account as of Petition Date (1 of 6) | 1129-000 | $1,600.00 | | $1,600.00 |
| 12/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $2.58 | $1,597.42 |
| 01/23/2017 | (4) | BENNETT, CYNTHIA MARIE | Payment for non-exempt funds in Debtor's bank account as of Petition Date (2 of 6) | 1129-000 | $937.00 | | $2,534.42 |
| 01/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $2.96 | $2,531.46 |
| 02/14/2017 | (4) | BENNETT, CYNTHIA MARIE | Payment for non-exempt funds in Debtor's bank account as of Petition Date (3 of 6) | 1129-000 | $1,000.00 | | $3,531.46 |
| 02/14/2017 | (4) | BENNETT, CYNTHIA MARIE | Payment for non-exempt funds in Debtor's bank account as of Petition Date (4 of 6) | 1129-000 | $1,000.00 | | $4,531.46 |
| 02/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $5.14 | $4,526.32 |
| 03/20/2017 | (4) | BENNETT, CYNTHIA MARIE | Payment for non-exempt funds in Debtor's bank account as of Petition Date (5 of 6) | 1129-000 | $730.00 | | $5,256.32 |
| 03/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $8.30 | $5,248.02 |
| 04/06/2017 | | BENNETT, CYNTHIA MARIE | Payment for non-exempt funds in Debtor's bank account as of Petition Date (6 of 6) | * | $730.00 | | $5,978.02 |
| | {4} | | non-exempt funds $19.50 | 1280-002 | | | $5,978.02 |
| | {4} | | Payment for non-exempt funds in Debtor's bank account as of Petition Date (6 of 6) $710.50 | 1129-000 | | | $5,978.02 |
| 04/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $8.59 | $5,969.43 |
| 05/30/2017 | | US Treasury | 2016 Federal Income Tax Refund | * | $1,589.00 | | $7,558.43 |
| | {6} | | Estate Portion - 2016 Federal Income Tax Refund $1,048.74 | 1224-000 | | | $7,558.43 |
| | {6} | | Debtor's Pro-Rated Portion - 2016 Federal Income Tax Refund $540.26 | 1280-000 | | | $7,558.43 |
| 05/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $9.71 | $7,548.72 |
| 05/31/2017 | 3001 | CYNTHIA BENNETT | Debtor's Pro-Rated Portion - 2016 Federal Income Tax Refund | 8500-002 | | $540.26 | $7,008.46 |
| 06/01/2017 | | Green Bank | Reverse bank fee | 2600-000 | | ($9.71) | $7,018.17 |
| | | | **SUBTOTALS** | | $7,586.00 | $567.83 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-27628 | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | BENNETT, CYNTHIA MARIE | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1181 | | | Checking Acct #: | ******2801 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Bennett, Cynthia |
| For Period Beginning: | 8/29/2016 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/17/2018 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/08/2018 | 3002 | CYNTHIA BENNETT | Refund to Debtor due to overpayment for non-exempt funds in bank account | 1280-002 | ($19.50) | | $6,998.67 |
| 04/10/2018 | 3003 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,452.62 | $5,546.05 |
| 04/10/2018 | 3004 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $12.82 | $5,533.23 |
| 04/10/2018 | 3005 | Lakelaw | Claim #: ; Amount Claimed: $865.00; Distribution Dividend: 100.00%; | 3110-000 | | $865.00 | $4,668.23 |
| 04/10/2018 | 3006 | Lakelaw | Claim #: ; Amount Claimed: $2.68; Distribution Dividend: 100.00%; | 3120-000 | | $2.68 | $4,665.55 |
| 04/10/2018 | 3007 | U.S. Bank National Association | Claim #: 1; Amount Claimed: $1,920.43; Distribution Dividend: 100.00%; | 7100-900 | | $1,920.43 | $2,745.12 |
| 04/10/2018 | 3008 | Capital One Bank (USA), N.A., by American InfoSource LP as agent | Claim #: 4; Amount Claimed: $9,624.04; Distribution Dividend: 13.15%; | 7200-000 | | $1,265.37 | $1,479.75 |
| 04/10/2018 | 3009 | Capital One Bank (USA), N.A. by American InfoSource LP as agent | Claim #: 5; Amount Claimed: $11,254.59; Distribution Dividend: 13.15%; | 7200-000 | | $1,479.75 | $0.00 |

|  | | | | | |
|---|---|---|---|---|---|
| | | | **TOTALS:** | | $7,566.50 | $7,566.50 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $7,566.50 | $7,566.50 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $7,566.50 | $7,566.50 | |

| For the period of 8/29/2016 to 5/17/2018 | | For the entire history of the account between 11/30/2016 to 5/17/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $7,566.50 | Total Compensable Receipts: | $7,566.50 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,566.50 | Total Comp/Non Comp Receipts: | $7,566.50 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $7,026.24 | Total Compensable Disbursements: | $7,026.24 |
| Total Non-Compensable Disbursements: | $540.26 | Total Non-Compensable Disbursements: | $540.26 |
| Total Comp/Non Comp Disbursements: | $7,566.50 | Total Comp/Non Comp Disbursements: | $7,566.50 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

Page No: 3        Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-27628 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | BENNETT, CYNTHIA MARIE | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1181 | Checking Acct #: | ******2801 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Bennett, Cynthia |
| For Period Beginning: | 8/29/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/17/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $7,566.50 | $7,566.50 | $0.00 |

| For the period of 8/29/2016 to 5/17/2018 | | For the entire history of the case between 08/29/2016 to 5/17/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $7,566.50 | Total Compensable Receipts: | $7,566.50 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,566.50 | Total Comp/Non Comp Receipts: | $7,566.50 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $7,026.24 | Total Compensable Disbursements: | $7,026.24 |
| Total Non-Compensable Disbursements: | $540.26 | Total Non-Compensable Disbursements: | $540.26 |
| Total Comp/Non Comp Disbursements: | $7,566.50 | Total Comp/Non Comp Disbursements: | $7,566.50 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ